UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

CHARLES M.,

        Plaintiff,

v.

COMMISSIONER SSA,

        Defendant.

Case No.  26-cv-06729-RMI

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO REDACT NAME**

Re: Dkt. No. 2

Plaintiff has filed a Motion requesting that Plaintiff's full name be replaced with Plaintiff's first and last initial "in the parties' motions, pleadings and filings and this Court's orders, opinion and judgment." (Pl.'s Mot. Dkt. 2 at 1.) Plaintiff cites to the recommendation of the Judicial Conference from May 1, 2018. This recommendation suggests a practice of "using only the first name and last initial of any non-government parties in the opinions in [Social Security] cases." The court follows this practice and will redact Plaintiff's full name from the opinion but not from other orders, and the court will allow the parties to use their discretion in redacting Plaintiff's name from other filings. Accordingly, the Motion is GRANTED in part and DENIED in part.

**IT IS SO ORDERED.**

Dated: July 7, 2026

ROBERT M. ILLMAN
United States Magistrate Judge